# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BARBARA WALTERS, AND MAJOR
CHILDREN OF BARBARA WALTERS,
GARY SLEDGE, NATALIE COUSIN
AND DAWN SAXTON

NO.  2024 CW 0137

VERSUS

C. SWAYZE RIGBY, M.D.,
CARLTON H. SHEELY, M.D., AND
R. SCOTT THURSTON, M.D.

**FEBRUARY 20, 2024**

---

In Re:    C. Swayze Rigby, M.D., and LAMMICO, applying for
          rehearing, 19th Judicial District Court, Parish of
          East Baton Rouge, No. 644004.

---

**BEFORE:    THERIOT, PENZATO, AND MILLER, JJ.**

**APPLICATION   FOR   REHEARING/MOTION   FOR   RELIEF   AND
CONSIDERATION OF WRIT DENIED.**

**MRT
AHP
SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT